UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

TERRENCE Q. WILLIAMS,

                                    Petitioner,

    **-v.-**

                                      Civil Action No.
                                      9:02-cv-1261 (GLS/GHL)

JOHN BURGE, Superintendent,

                                    Respondent.
--------------------------------------------------------------------------------

APPEARANCES:                       OF COUNSEL:

**FOR THE PETITIONER:**

TERRENCE Q. WILLIAMS
Plaintiff Pro Se
120-46 193rd Street
St. Albans Queens, New York 11412

**FOR THE DEFENDANT:**

HON. ANDREW M. CUOMO         MARIA MORAN
Attorney General for the State       Assistant Attorney General
  of New York
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed February 14, 2008. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge George H. Lowe filed February 14, 2008 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the Petition for a Writ of *Habeas Corpus* (Dkt. No. 1) is DENIED and DISMISSED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of the Respondent and close this case.

IT IS SO ORDERED

Dated:   March 19, 2008
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

2